COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-357-CV

IN RE LARRY RAY TAYLOR RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus and motion for temporary relief.  The court is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus and motion for temporary relief are denied.

PER CURIAM

PANEL B: GARDNER, LIVINGSTON, and MCCOY, JJ.

DELIVERED: December 3, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.